# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 23-5086**　　　　　　　　　　　　　　　**September Term, 2022**

**1:23-cv-00748-JEB**

**Filed On: April 25, 2023** [1996341]

Heritage Foundation and Mike Howell,

    Appellants

  v.

Environmental Protection Agency,

    Appellee

## O R D E R

The notice of appeal was filed on April 21, 2023, and docketed in this court on April 25, 2023. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 25, 2023 |
| Docketing Statement Form | May 25, 2023 |
| Entry of Appearance Form | May 25, 2023 |
| Procedural Motions, if any | May 25, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 25, 2023 |
| Statement of Issues to be Raised | May 25, 2023 |
| Transcript Status Report | May 25, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | May 25, 2023 |
| Dispositive Motions, if any | June 9, 2023 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-5086**　　　　　　　　　　　　　　　　　　September Term, 2022

dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 25, 2023 |
| Entry of Appearance Form | May 25, 2023 |
| Procedural Motions, if any | May 25, 2023 |
| Dispositive Motions, if any | June 9, 2023 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　Tatiana A. Magruder
　　Deputy Clerk

The following forms and notices are available on the Court's website:

　　Civil Docketing Statement Form
　　Entry of Appearance Form
　　Transcript Status Report Form
　　Request to Enter Appellate Mediation Program
　　Notice Concerning Expedition of Appeals and Petitions for Review
　　Stipulation to be Placed in Stand-By Pool of Cases