# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Heritage Foundation, et al

v.

EPA

**Case No:** 23-5086

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☐ Pro Bono  ☐ Appointed (CJA/FPD)  ☒ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s)  ☒ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Environmental Protection Agency

### Counsel Information

**Lead Counsel:** Kevin J. Kennedy
**Direct Phone:** (202) 514-4214   Fax: (   )   -     **Email:** kevin.j.kennedy@usdoj.gov

**2nd Counsel:** Daniel Tenny
**Direct Phone:** (202) 514-1838   Fax: (   )   -     **Email:** daniel.tenny@usdoj.gov

**3rd Counsel:**
**Direct Phone:** (   )    -       Fax: (   )   -     **Email:**

**Firm Name:**
**Firm Address:**
**Firm Phone:** (202) 305-1754   Fax: (202) 514-8151   **Email:** civil.appellate@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)